```
____ FILED      ____ LODGED
____ RECEIVED   ____ COPY

      NOV 1 4 2017

  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# SEALED

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-17-00317-PHX-JAT |
| Plaintiff, | **FIRST SUPERSEDING INDICTMENT** |
| vs. | |
| 1. Silvester Ruelas, (Counts 1- 7) | VIO:    21 U.S.C § 846 (Conspiracy to Possess with Intent to Distribute Controlled Substances) (Count 1) |
| 2. Peggy V. Gomez, (Counts 1- 6) | |
| 3. Kevin Dean McCoy, (Counts 1- 6) | 21 U.S.C §§ 841(a)(1) and (b)(1)(A)(i) (Possession with Intent to Distribute Heroin) (Count 2) |
| 4. Amber Nicole Worrell, and (Counts 1-5) | |
| 5. Liliana Sibirian Gomez (Counts 1- 4) | 21 U.S.C §§ 841(a)(1) and (b)(1)(A)(viii) (Possession with Intent to Distribute Methamphetamine) (Count 3) |
| Defendants. | |
| | 21 U.S.C §§ 841(a)(1) and (b)(1)(B)(ii) (Possession with Intent to Distribute Cocaine) (Count 4) |
| | 18 U.S.C § 1956(h) (Money Laundering Conspiracy) (Count 5) |
| | 18 U.S.C § 1956(a)(1)(B)(i) (Concealment Money Laundering) (Count 6) |
| | 18 U.S.C. § 924(c)(1)(A)(i) (Possession of Firearm in Furtherance of a Drug Trafficking |

Crime)
(Count 7)

18 U.S.C. §§ 924(d), 981, and 982
21 U.S.C. §§ 853 and 881, and
28 U.S.C. § 2461(c)
(Forfeiture Allegations)

THE GRAND JURY CHARGES:

## COUNT 1

From at least on or about June 6, 2015, and continuing to on or about March 9, 2017, in the District of Arizona and elsewhere, defendants SILVESTER RUELAS, PEGGY V. GOMEZ, KEVIN DEAN MCCOY, AMBER NICOLE WORRELL, and LILIANA SIBIRIAN GOMEZ, did knowingly combine, conspire, confederate and agree together and with others known and unknown to the grand jury, to possess with intent to distribute 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i), 500 grams or more of a mixture and substance containing methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii), and 500 grams or more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(ii).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

From at least on or about June 6, 2015, and continuing to on or about March 9, 2017, in the District of Arizona and elsewhere, defendants SILVESTER RUELAS, PEGGY V. GOMEZ, KEVIN DEAN MCCOY, AMBER NICOLE WORRELL, and LILIANA SIBIRIAN GOMEZ, did knowingly and intentionally possess with the intent to

distribute 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i).

## COUNT 3

From at least on or about June 6, 2015, and continuing to on or about March 9, 2017, in the District of Arizona and elsewhere, defendants SILVESTER RUELAS, PEGGY V. GOMEZ, KEVIN DEAN MCCOY, AMBER NICOLE WORRELL, and LILIANA SIBIRIAN GOMEZ, did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

## COUNT 4

From at least on or about June 6, 2015, and continuing to on or about March 9, 2017, in the District of Arizona and elsewhere, defendants SILVESTER RUELAS, PEGGY V. GOMEZ, KEVIN DEAN MCCOY, AMBER NICOLE WORRELL, and LILIANA SIBIRIAN GOMEZ, did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(ii).

## COUNT 5

From at least on or about March 26, 2016, and continuing to on or about March 9, 2017, in the District of Arizona and elsewhere, defendants SILVESTER RUELAS, PEGGY V. GOMEZ, KEVIN DEAN MCCOY, and AMBER NICOLE WORRELL, and

1  others did knowingly and intentionally combine, conspire, confederate and agree to
2  conduct financial transactions affecting interstate commerce, which in fact involved the
3  proceeds of specified unlawful activity, that is, conspiracy to possess with the intent to
4  distribute controlled substances in violation of United States Code, Sections 846 and
5  841(a)(1), and possession with intent to distribute controlled substances in violation of Title
6  21, United States Code, Section 841(a)(1), and with the intent to promote the carrying on
7  of said specified unlawful activity, and knowing that the transactions were designed in
8  whole or in part to conceal and disguise the nature, location, source, ownership and control
9  of the proceeds of said specified unlawful activity, and while knowing that the property
10  involved in the financial transactions represented the proceeds of some form of unlawful
11  activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and (B)(i).

12        All in violation of Title 18, United States Code, Section 1956(h).

13  **COUNT 6**

14        On or about July 29, 2016, in the District of Arizona, the defendants, SILVESTER
15  RUELAS, PEGGY V. GOMEZ, and KEVIN MCCOY, knowing that the property involved
16  in a financial transaction represented the proceeds of some form of unlawful activity,
17  knowingly conducted and attempted to conduct a financial transaction affecting interstate
18  commerce, and which in fact involved the proceeds of specified unlawful activity, that is,
19  conspiracy to possess with intent to distribute controlled substances and possession with
20  intent to distribute controlled substances in violation of Title 21, United States Code,
21  Sections 846 and 841(a)(1), knowing that the transaction was designed in whole or in part
22  to conceal and disguise the nature, the location, the source, the ownership, and the control
23  of the proceeds of specified unlawful activity.

24        All in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

25  **COUNT 7**

26        On or about March 9, 2016, in the District of Arizona, the defendant, SILVESTER
27  RUELAS, did knowingly possess a firearm, that is, one Texas Weapons System AK-47

28

- 4 -

1  assault rifle bearing serial number 1-50373-03;  one Bohica brand .50 caliber sniper rifle

2  bearing serial number 0940; one Masterpiece Arms brand Uzi bearing serial number

3  V9128; one HK .22 caliber pistol bearing serial number WHO16204; one Benjamin brand

4  .22 caliber rifle bearing serial number 813X36370; one Ruger Mark 3 brand .22 caliber

5  pistol bearing serial number 274-24519; one Mossberg 12 gauge shotgun bearing serial

6  number V0068774; one Remington brand 1911 .45 caliber pistol bearing serial number

7  RH63615A; one Colt brand 1911 .45 caliber pistol bearing serial number 38SS07878; and

8  one Colt brand 1911 .45 caliber pistol bearing serial number ONX0067, in furtherance of

9  the drug trafficking crimes, as alleged in Counts 1-4 of this Indictment, which are felony

10  crimes prosecutable in a court of the United States.

11       In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

12                          **FORFEITURE ALLEGATION**

13       The Grand Jury realleges and incorporates the allegations of Counts 1 through 7 of

14  this First Superseding Indictment, which are incorporated by reference as though fully set

15  forth herein.

16       Pursuant to Title 18, United States Code, Sections 924(d), 981 and 982, Title 21,

17  United States Code, Sections 853 and 881, and Title 28, United States Code, Section

18  2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 7

19  of this First Superseding Indictment, defendants shall forfeit to the United States of

20  America all right, title, and interest in (a) any property constituting, or derived from, any

21  proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b)

22  any of the defendants' property used, or intended to be used, in any manner or part, to

23  commit, or to facilitate the commission of, such offense as to which property the defendants

24  are jointly and severally liable, including the following property:

25       a. (1) Apmex 50 Troy oz. silver bar;

26       b. (5) Apmex 1kg silver bars;

27       c. (2) Valcambi Suisse 1 oz platinum bars;

28

- 5 -

d. (2) Credit Suisse 1 oz gold bars;

e. (1) Argor-Heraeus 1 oz gold bar;

f. (1) Ebay 1 oz gold bar;

g. Customized Men's 18K gold Rolex Watch;

h. Customized Baume Mercier Riviera Automatic Men's Chronograph Watch;

i. Men's Silver HCW 806 Lost Skulls Limited Edition 076/750 Watch;

j. Men's 14K 2-tone yellow and white gold gate link bracelet;

k. Men's 14K white gold bracelet;

l. Seattle Seahawks Super Bowl XL ring; and

m. Men's 14K White Gold Bracelet.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. Section 853(p).

//

//

//

//

//

//

//

- 6 -

1    All in accordance with Title 18, United States Code, Sections 924(d), 981, and 982,

2    Title 21, United States Code, Sections 853 and 881, Title 28, United States Code Section

3    2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

4

5
                                              A TRUE BILL
6

7
                                              /s/
8                                             FOREPERSON OF THE GRAND JURY
                                              Date:  November 14, 2017
9

10   ELIZABETH A. STRANGE
     Acting United States Attorney
11   District of Arizona

12

13   _____/s/_____
     CAROLINA ESCALANTE
14   MATTHEW BINFORD
     Assistant U.S. Attorneys

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        - 7 -